1292

No. 10–8350. THOMAS v. VAN HOLLEN ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–8351. SALLIS v. AURORA HEALTH CARE, INC. C. A. 7th Cir. Certiorari denied.

No. 10–8353. SHERRATT v. TURLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–8355. DIAZ v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–8359. BRADFORD v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 10–8360. BURE v. FLORIDA. Cir. Ct. Miami-Dade County, Fla. Certiorari denied.

No. 10–8363. PATSCHECK v. HICKSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 10–8376. FOSTER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–8384. MAHOLMES v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8389. GRANDOIT v. HSBC BANK NEVADA, N. A., ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–8391. RICHARDSON v. STROUD ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8393. SILVA v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–8394. SORRELL v. MICHIGAN DEPARTMENT OF HUMAN SERVICES. Ct. App. Mich. Certiorari denied.

No. 10–8396. STURGEON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–8400. HENDERSON v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.